CLIFFORD M. GREENE
DIRECT DIAL NO. (612) 373-8341
CGREENE@GR-ESPEL.COM

May 26, 2005

***VIA ECF*** 

The Honorable James M. Rosenbaum
Chief Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

    Re:    *Sagen-Hughes v. AMGEN, Inc., et al.*
            Court File No. 0:04-cv-4392 JMR/JSM

Dear Judge Rosenbaum:

    This correspondence is to advise you that due to the filing on May 12, 2005 by Plaintiffs of a First Amended Complaint, Defendants Amgen Inc., Immunex Corporation and Immunex Manufacturing Corporation are withdrawing their Motion to Dismiss for Lack of Subject Matter Jurisdiction.  In withdrawing this motion, these Defendants reserve their right to timely move to dismiss Plaintiffs' First Amended Complaint.

    Thank you in advance for your consideration.

                                          Very truly yours,

                                          GREENE ESPEL, PLLP

                                          s/Clifford M. Greene

                                          Clifford M. Greene

CMG/cap

cc:    All Counsel of Record via ECF

\\\BA - 58360/0144 - 184560 v1