# UNITED STATE DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Laura Sagen-Hughes and Michael Hughes, Husband and Wife, | )Case No.: 04-civ-04392-JMR-JSM |
| Plaintiffs, | ) |
| vs. | ) |
| Amgen Inc.; Immunex Corporation; Immunex Manufacturing Corporation; Wyeth, formerly known as American Home Products Corporation; Wyeth Pharmaceuticals Inc., formerly known as Wyeth-Ayerst Pharmaceuticals, Inc.; Wyeth Pharmaceuticals Division of Wyeth, formerly known as Wyeth-Ayerst Laboratories, a division of American Home Products Corporation, | ) **STIPULATION** ) **OF DISMISSAL** |
| Defendants. | ) |

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 41.01 of the Minnesota Local Rules of the Federal Rules of Civil Procedure, by and between Plaintiffs Laura Sagen-Hughes and Michael Hughes, Husband and Wife, and Defendants Amgen, Inc., Immunex Corporation, Immunex Manufacturing Corporation, Wyeth, formerly known as American Home Products Corporation, Wyeth Pharmaceuticals division of Wyeth, Wyeth Pharmaceuticals, Inc., formerly known as Wyeth-Ayerst Pharmaceticals, a division of American Home Products, that this action be and hereby is dismissed without prejudice and without costs against any party.

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF:**

**FRED THOMPSON III**
Motley Rice LLC
PO Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000


**GALE D. PEARSON**
Gale D. Pearson & Associates, PA
400 S. 4th St., Suite 1012
Minneapolis, MN 55415
(612) 332-0351

**ATTORNEYS FOR
DEFENDANTS AMGEN
AND IMMUNEX:**

CLIFFORD M. GREENE
MARK A. MYHRA
Greene Espel
200 S. 6th Street, Suite 1200
Minneapolis, MN 55402

**ATTORNEYS FOR
DEFENDANT WYETH:**

JOSEPH M. PRICE
RACHEL K. BOND
Faegre & Benson LLP
90 S. 7th Street, Suite 2200
Minneapolis, MN 55402
(612) 766-7000

**ALSO:**

MARK D. GATELY
Hogan & Hartson – MD
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2742

MICHAEL L. KIDNEY
Hogan & Hartson – DC
555 13th Street NW
Washington, DC 20004-1109
(202) 637-5883